No. 74–6109. BRAGG v. MID-AMERICA FEDERAL SAV-INGS & LOAN ASSN., ET AL., 421 U. S. 933;

No. 74–6122. HARRELSON v. UNITED STATES, 421 U. S. 968; and

No. 74–6357. ROOTS v. WAINWRIGHT, CORRECTIONS DIRECTOR, 421 U. S. 996. Petitions for rehearing denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of these petitions.

No. 74–6092. BORASKY v. UNITED STATES, 421 U. S. 977. Petition for rehearing and other relief denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this petition.

## JUNE 30, 1975*

*Vacated and Remanded on Appeal*

No. 74–726. SHELDON, HOSPITAL SUPERINTENDENT v. REYNOLDS; and

No. 74–5743. REYNOLDS v. SHELDON, HOSPITAL SU-PERINTENDENT. Appeals from D. C. N. D. Tex. Motions of Perry Wayne Reynolds for leave to proceed *in forma pauperis* granted, judgment vacated, and cases remanded for further consideration in light of *O'Connor* v. *Donaldson, ante,* p. 563. Reported below: 381 F. Supp. 1374.